## AXSON, survivor, v. BELT.

*Simmons, C. J.*—This case falls within the well established rule that this court will not interfere with the discretion of the trial judge in the first grant of a new trial on general grounds.

February 29, 1896.                            *Judgment affirmed.*

Complaint on notes. Before Judge Gamble. Burke superior court. May term, 1895.

*Lawson & Scales* and *R. O. Lovett*, for plaintiff.
*Johnston & Brinson*, for defendant.

---

## LEVKOWICZ v. ELIAS.

*Lumpkin, J.*—The only question properly before this court for determination being whether or not the judgment rendered by the trial judge without a jury should be set aside on the general grounds that it was contrary to law and the evidence, and there being sufficient evidence to support the finding, this court will not overrule the discretion of the court below in refusing to grant a new trial.            *Judgment affirmed.*

February 29, 1896.

Attachment. Before Judge Eve. City court of Richmond county. May term, 1895.

*Lawton & Cunningham, H. W. Johnson* and *M. P. Carroll*, for plaintiff in error.
*C. H. Cohen* and *Salem Dutcher*, contra.

---

## SILVER v. STURDEVANT & STOVER.

*Simmons, C. J.*—This court will not overrule the discretion of the trial judge in denying an interlocutory injunction, where the question of granting or refusing the same depends upon disputed issues of fact and the evidence is conflicting.

February 29, 1896.                            *Judgment affirmed.*

Petition for injunction. Before Judge Callaway. Richmond county. November 25, 1895.

*F. W. Capers*, for plaintiff.
*Hamilton Phinizy*, for defendants.